# IN THE UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA
### Richmond Division

| | |
|---|---|
| In re: Wanda Elois Daniel | Case No. 12-33766-KLP |
| Debtor | Chapter 13 |

**CONSENT ORDER RESOLVING DEBTOR'S OBJECTION TO CLAIM NUMBER 4-2 AND NEIGHBORHOOD HOUSING SERVICES OF RICHMOND, INC.'S OBJECTION TO CONFIRMATION OF DEBTOR'S CHAPTER 13 PLAN**

Wanda Elois Daniel (the "Debtor"), by counsel, and Neighborhood Housing Services of Richmond, Inc., ("NHSR"), by counsel, come before the Court and state the following:

1.   Debtor filed the Petition in this case on June 12, 2012 (the "Petition Date").

2.   Debtor and NHSR desire to resolve Debtor's Objection to Claim 4-2 (the "Objection to Claim") and NHSR's Objection to Debtor's Chapter 13 Plan (the "Objection to Plan").

3.   Debtor and NHSR agree that the total amount of prepetition arrearage and other charges included in the secured claim are $10,344.65 (the "Arrearages").

4.   Debtor and NHSR agree that the total amount of NHSR's secured claim as of the Petition Date and including the Arrearage Amount, is $90,962.42 (the "Secured Amount").

5.   Debtor agrees to file a modified chapter 13 plan that provides for payment of the Arrearages through the Trustee. This plan will provide for $9,231.00 of the Arrearages to be paid through a lump-sum payment to the Trustee. Following this lump-sum payment, the remaining $1,113.65 in Arrearages will be paid through regular

---

Emily Connor Fort (VSB #83889)
Mark C. Leffler (VSB #40712)
Boleman Law Firm, P.C.
2104 Laburnum Avenue, Suite 201
P.O. Box 11588
Richmond, VA 23230-1588
Telephone (804) 358-9900
Fax (804) 358-8704
Counsel for Debtor

disbursements by the Trustee.

It is accordingly

ORDERED that Debtor's Objection to Claim is hereby SETTLED; and it is further

ORDERED that NHSR's Objection to Plan is hereby SETTLED; and it is further

ORDERED that Claim No. 4-2 is allowed as follows: a Secured Amount of $90,962.42, of which $10,344.65 is Arrearages; and it is further

ORDERED that Debtor shall file a modified chapter 13 plan which provides for payment of the Arrearages through the Trustee, including a lump-sum payment to the Trustee in the amount of $9,231.00; and it is further

ORDERED that the Clerk shall mail copies of this Order, once entered, to all parties on the attached service list.

Date: Nov 13 2013

/s/ Keith L. Phillips
United States Bankruptcy Judge

Entered on Docket: Nov 14 2013

[SIGNATURES OF COUNSEL ON THE FOLLOWING PAGE]

I ask for this:

/s/ Mark C. Leffler
Emily Connor Fort (VSB #83889)
Mark C. Leffler (VSB #40712)
Boleman Law Firm, P.C.
P.O. Box 11588
Richmond, VA 23230
Telephone (804) 358-9900
Fax (804) 358-8704
Counsel for Debtor

Seen and Agreed:


/s/ Alexander H. Ayers
Alexander Hamilton Ayers (VSB #77826)
Ayers & Stolte, P.C.
710 N. Hamilton Street, Suite 300
Richmond, VA 23221 (804) 358-4731
Counsel for Neighborhood Housing Services of Richmond, Inc.

Seen without Objection:


/s/ Mark C. Leffler for Carl M. Bates w/permission
Carl M. Bates, Chapter 13 Trustee

## CERTIFICATION

I certify that a copy of this Order has been endorsed by all necessary parties.

/s/ Mark C. Leffler
Counsel for Debtor

**PARTIES TO RECEIVE COPIES**

Boleman Law Firm, P.C.
P.O. Box 11588
Richmond, VA 23230

Carl M. Bates, Esq.
Chapter 13 Trustee
P.O. Box 1819
Richmond, VA 23218

Neighborhood Housing Services of Richmond, Inc.
c/o Alexander Hamilton Ayers
Ayers & Stolte, P.C.
710 N. Hamilton Street, Suite 300
Richmond, VA 23221 (804) 358-4731

Ms. Wanda E. Daniel
105 E. Leigh St.
Richmond, VA 23220